954

No. 61, Misc. COLBERT v. UNITED STATES, ante, p. 855;

No. 97, Misc. SLIVA v. PENNSYLVANIA, ante, p. 858;

No. 227, Misc. BATES v. VETERANS ADMINISTRATION ET AL., ante, p. 868;

No. 265, Misc. WHITE v. FORTE ET AL., ante, p. 871;

No. 368, Misc. CEDILLO v. UNITED STATES, ante, p. 805;

No. 419, Misc. GREENWAY v. UNITED STATES, ante, p. 881;

No. 424, Misc. HUNT v. OLIVER, WARDEN, ante, p. 904;

No. 460, Misc. HARTFORD v. UNITED STATES, ante, p. 883;

No. 480, Misc. MABE v. PILSON, ante, p. 884;

No. 490, Misc. GRADDY v. TESSEL ET AL., ante, p. 885;

No. 495, Misc. JONES v. UNITED STATES, ante, p. 885; and

No. 500, Misc. BROWN v. BOLES, WARDEN, ante, p. 886. Petitions for rehearing denied.

NOVEMBER 15, 1966.

No. 74. FORTUGNO ET AL. v. COMMISSIONER OF INTERNAL REVENUE; and

No. 75. ESTATE OF FORTUGNO ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. (Certiorari granted, 384 U. S. 959.) Writs of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Harry Rand* and *Anthony C. Manzella* for petitioners in both cases. *Solicitor General Marshall* for respondent in both cases.

NOVEMBER 17, 1966.

No. 637, Misc. BROWN v. WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.